IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY ELLE FASHIONS, INC., d/b/a MERIDIAN ELECTRIC, <br><br> Plaintiff/Relator, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor, <br><br> v. <br><br> TECHNOLOGY RESEARCH CORP., <br><br> Defendant. | Case No. 3:10-cv-00659-JPG-DGW |

ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal (Doc. 60). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court finds the relator has stipulated to dismissal with prejudice of all claims with each party to bear their own fees and costs.

Because the relator has an absolute right to dismiss the claims *as brought by them* at the present time, the Court **FINDS** the matter **DISMISSED with prejudice** and without costs as to relator Mary Elle Fashions, Inc., and that it no longer has the ability to bring claims based upon the defendant's alleged conduct in this case.

The action is **DISMISSED without prejudice** to the United States' and other relators' ability to bring future claims based upon the same conduct by the defendant. The Court **DIRECTS** the Clerk of the Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:** November 16, 2011

s./ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**