IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY ELLE FASHIONS, INC., d/b/a MERIDIAN ELECTRIC,<br><br>      Plaintiff/Relator,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>      Intervenor,<br><br>   v.<br><br>TECHNOLOGY RESEARCH CORP.,<br><br>      Defendant. | Case No. 3:10-cv-00659-JPG-DGW |

## JUDGMENT

This matter having come before the Court, and the relator and defendant having stipulated to dismissal,

IT IS HEREBY ORDERED that the claims brought by relator Mary Elle Fashions, Inc., are **dismissed with prejudice** to its ability to bring claims based upon the defendant's alleged conduct in this case and without costs; and

IT IS FURTHER ORDERED AND ADJUDGED that any claims of the United States based upon the defendant's alleged conduct in this case are **dismissed without prejudice.**

**DATED:** November 16, 2011

                                                     **NANCY ROSENSTENGEL, CLERK**

                                                     BY: s/Brenda K. Lowe, Deputy Clerk

APPROVED: s./J. Phil Gilbert

        **J. PHIL GILBERT**
        **DISTRICT JUDGE**